JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOY YAMIL ELLIS, | Case No. EDCV 13-1318-VAP (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D.K. JOHNSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: January 7, 2015

*[signature: Virginia A. Phillips]*

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE